Arthur W. JORDAN, Trustee, Appellant, v. Chester GREENWOOD, Appellee.

Circuit Court of Appeals, First Circuit. October 25, 1929.

No. 2398.

Maurice E. Rosen, of Portland, for appellant.

Samuel Titcomb, of Augusta, for appellee.

Before BINGHAM and ANDERSON, Circuit Judges, and WILSON, District Judge.

PER CURIAM. The decree appealed from in this case is affirmed for the reasons stated in the opinion of the District Court, 23 F.(2d) 506.

The decree of the District Court is affirmed, with costs to the appellee.

JUNG SING, Appellant, v. M. A. COYKENDALL, District Director of Immigration, Appellee.

Circuit Court of Appeals, Fifth Circuit. October 25, 1929.

No. 5550.

Frank Doughman, of Atlanta, Ga., for appellant.

Clint W. Hager, U. S. Atty., and Hal Lindsay, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The judgment in the above numbered and entitled cause is affirmed.

Mahlon C. KIRKPATRICK v. NEW YORK CENTRAL RAILROAD CO.

Circuit Court of Appeals, Sixth Circuit. June 3, 1929.

No. 5421.

Anderson & Lamb, of Youngstown, Ohio, for appellant.

D. G. Jaeger, of Cleveland, Ohio, for appellee.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

LEE MEE CHUN, Petitioner, Appellant, v. Anna C. M. TILLINGHAST, U. S. Commissioner of Immigration, Respondent, Appellee.

Circuit Court of Appeals, First Circuit. August 19, 1929.

No. 2380.

E. F. Damon, of Boston, Mass., for appellant.

Frederick H. Tarr, U. S. Atty., and John W. Schenck, Asst. U. S. Atty., both of Boston, Mass., for appellee.

PER CURIAM. On motion of appellee, case docketed and dismissed for want of prosecution.

Roy McCARTNEY v. UNITED STATES.

Circuit Court of Appeals, Sixth Circuit. June 29, 1929.

No. 5475.

Maurice Fitz-Gerald and John A. Baxter, both of Detroit, Mich., for appellant.

John R. Watkins, U. S. Atty., of Detroit, Mich., for appellee.

PER CURIAM. Docketed and dismissed pursuant to motion of counsel for appellee.